

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00108-CV

_____


IN THE INTEREST OF K.S.M. AND G.M., CHILDREN


On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 78035


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Natalie Davis, appellant, filed a notice of appeal November 9, 2012. The clerk's record was filed November 19, 2012; the reporter's record was due that same date but was not filed because appellant never paid for the transcription of the record. On December 4, 2012, this Court entered an order directing appellant to either pay for the transcription of the record or file a brief without a reporter's record; further, the order established deadlines for accomplishing these directives. Finally, the order warned appellant that her failure to abide by the terms of the order and to prosecute her appeal with effect may result in the dismissal of her appeal for want of prosecution. *See* TEX. R. APP. P. 42.3.

The deadlines established by our December 4, 2012, order have come and gone, and we have received nothing from the appellant. We dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

Josh R. Morriss, III
Chief Justice

Date Submitted: January 17, 2013
Date Decided: January 18, 2013

2